IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00791-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOSEPH AMAZIAH TRENTION,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
EXPERIAN,
TRANS UNION,
EQUIFAX,
CREDIT KARMA,
JOHN B. KING, JR.,
SECRETARY OF EDUCATION,
CAINE & WEINER, and
ENTERPRISE RENT A CAR,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

    Plaintiff, Joseph A. Trention, resides in Grand Junction, Colorado.  On April 5, 2016, Plaintiff submitted *pro se* a Complaint and an Application to Proceed in District Court Without Prepayment of Fees or Costs (Long Form).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that one of Plaintiff's filings is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ authorization to calculate and disburse filing fee payments is not given
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the Court-approved long form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other :

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _X_ is not on proper form (must use Complaint form approved by this Court)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that if Plaintiff shall cure the deficiency designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain a copy of the court-approved Complaint form at www.cod.uscourts.gov and shall resubmit his Complaint on the court-approved form. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 7, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge